UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CIRILO VALENTIN, ET AL.,

    Plaintiff(s)

        v.                Civ. No. 97-1579(PG)

CONCENTRATED CHEMICALS CO.

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #47 - Motion to Inform the Court on Settlement Negotiations | Noted |
| Docket #48 - Motion to Deposit Check with the Clerk of the Court | Noted |
| Docket #49 - Settlement Agreement Concerning Voluntary Dismissal With Prejudice of Claims, Counterclaim and Mutual Releases | Approved |

Date: November 8, 1999.

                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge



(5)