UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
11/9/99 PURSUANT
TO FRCP RULES 58 & 79a

CIRILO VALENTIN, ET AL.,

    Plaintiffs

v.                                        Civ. No. 97-1579 (PG)

CONCENTRATED CHEMICALS CO.,

    Defendant

RECEIVED & FILED
99 NOV -9 AM 9:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### JUDGMENT

The Court having entered an order approving the parties' settlement agreement, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED AND ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED with prejudice**.

San Juan, Puerto Rico, November 8, 1999.

                    JUAN M. PEREZ-GIMENEZ
                    U.S. District Judge

AO 72A
(Rev.8/82)