UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CIRILO VALENTIN, ET AL.
    Plaintiff(s)

v.                                    Civ. No. 97-1579 (PG)

CONCENTRATED CHEMICAL CO.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #52 - MOTION FOR WITHDRAWAL OF FUNDS DEPOSITED WITH THE CLERK OF THE COURT. | Granted |

Date: December 7, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

sk: Finance

54